UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES A. LAPORTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JP MORGAN CHASE BANK, N.A., et al., )<br>)<br>Defendants. ) | No. 3:08-CV-375<br>(Phillips) |

## ORDER

This matter is before the court on the parties' sixth motion to extend the briefing schedule in this case. Defendant JP Morgan Chase Bank filed a motion for judgment on the pleadings on February 16, 2010. Since that time, the parties have been engaged in settlement negotiations and have moved the court five times to extend the briefing schedule, which motions have been granted by the court. However, the court cannot hold the pending motion indefinitely. Therefore, the court will **DENY** the defendant's motion for judgment on the pleadings [Doc. 9] as premature at this time, with leave to refile the motion in the event the parties' settlement negotiations are unsuccessful. The parties' joint motion to extend the briefing schedule [Doc. 20] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge