IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES A. LAPORTE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 3:08-CV-00375 ) ) Phillips/Shirley |
| J.P. MORGAN CHASE BANK, N.A. and ROBERT RIVERNIDER, Individually and as CUT ABOVE VENTURES, LLC | ) ) ) ) |
| Defendants. | ) |

## AGREED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

It appearing to the satisfaction of the Court, based on the signatures of counsel below, that Plaintiff James A. LaPorte and Defendant J.P. Morgan Chase Bank, N.A. ("Chase") have agreed that this action should be dismissed with prejudice as to Chase, and the Court being otherwise sufficiently advised, and upon the entire record herein, it is hereby:

ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice as to Defendant J.P. Morgan Chase Bank, N.A. Any outstanding Court costs relating to this matter as of the date hereof shall be divided evenly between Plaintiff James A. LaPorte and Defendant J.P. Morgan Chase Bank, N.A.

Defendant Robert Rivernider, individually and as Cut Above Ventures, LLC, remains a party to this action and any claims asserted herein against Robert Rivernider, individually and as Cut Above Ventures, LLC shall remain undisturbed by this Order of dismissal.

*Thomas W. Phillips*
Hon. Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:


/s/Ryan N. Shamblin
D. Scott Hurly, Esq. (BPR No. 011001)
Ryan N. Shamblin, Esq. (BPR No. 022280)
800 S. Gay St., Suite 1501
Knoxville, TN 37929
Tel: (865) 523-1414

*Counsel for Plaintiff James A. LaPorte*


/s/ Russell E. Stair
Russell E. Stair (#23033)
900 S. Gay St., Suite 1700
Knoxville, TN 37902
Tel: (865) 521-6200
Fax: (866) 299-5619
rstair@bassberry.com

*Counsel for Defendant J.P. Morgan Chase Bank, N.A.*